# EXHIBIT A



SHAREPAC

合同编号:
Contract Number:

# 仓 储 运 输 代 理 合 同
# Warehousing Service Agent Agreement

甲方（即委托方）：浙江宁波米仓供应链管理有限责任公司　　（以下简称甲方）
Party A:

乙方（即受托方）：　　　SHAREPAC INC　　　　（以下简称乙方）
Party B:　　　　　　　　SHAREPAC INC

签订时间：　　2020-04-19
The date of Signing: 04-19-2020

签订地点：　　Denver   Colorado
The Place of Signing:

　　根据双方的友好协商，甲、乙双方本着自愿有偿、诚实信用的原则，经双方协商一致，乙方同意甲方为中国区域的美国海外仓代理人，代理乙方在中国市场上本着诚实守信的原则在承接中大件的海外仓客户，签订本合同。

According to the amicable consultation between the two parties, both parties A and B are on the principle of voluntary compensation, honesty and credibility. After consultations between the parties, Party B agrees that Party A is the agent of the U.S. overseas warehouse in China, and represents Party B in the Chinese market in an honest and trustworthy manner. The principle is to sign this contract when undertaking overseas warehouse customers of large and medium-sized items.

2455 E Francis St, Ontario, CA 91761.   +1(909)321-5961



**第一条 双方义务**
Article 1 obligations of both parties

1、（1）乙方为甲方提供仓储服务，并按照甲方提供的发货信息，办理接货手续：做好商品接收、入库、上架和转运工作。
Party B provides warehousing services for Party A, and handles the receipt procedures in accordance with the shipping information provided by Party A including receiving, storing, putting on shelves and transshipment etc.

2、（2）乙方保证甲方货物的存储，乙方应负责提供经甲方认可且乙方拥有合法使用权并无任何争议和纠纷的仓库或场地储存甲方的货物。乙方仓库保证甲方在法定的工作时间内 24 小时随时出货。
Party B guarantees to well store Party A's goods, and Party B shall be responsible for providing Party A's goods that are approved by Party A and that Party B has legal rights to use it without any disputes. The warehouse of Party B guarantees that Party A ships at any time within the legal working hours 24 hours.

3、（3）乙方保证甲方货物出入库物流畅通，物流渠道包括美国本土快递和卡车等。
Party B guarantees that the goods of Party A are in and out of the warehouse smoothly, and the logistics channels include local express delivery and trucks etc.

4、（4）乙方和甲方本着友好协商的原则，共同承担仓储代理系统的费用，并共享代理系统的账号和功能，双方信息公开，友好合作，互利共赢。
Based on the principle of amicable consultation, Party B and Party A share the cost of the warehousing agency system, and share the account number and functions of the agency system. Both parties have to make the information open, cooperate friendly cooperation, and benefit mutually.

**第二条 货物验收入库手续**
Article 2 Procedures for Cargo Inspection and Storage



SHAREPAC

2、（1）甲方或其承运商向乙方交付货物时，甲方应该按照乙方的仓库入库货物的接
收标准进行出货，比如：箱贴，外箱标识，以及装柜货物的摆放等等，乙方根据实际
到仓的货物进行入库接收，数量清点并及时反馈甲方收货报告。

When Party A or its carrier delivers goods to Party B, Party A should ship in
accordance with the standard of Party B's warehouse storage goods, such as: box
stickers, outer box label, and placement when containerizing, etc. The goods that
actually arrived in the warehouse should be subject to the receiving data of Party
B, then Party B start to take it on shelf and give feedback to Party A.

2、（2）交付不符的货物，乙方及时通知甲方，并按甲方意见及时处理。

For the delivery of non-conforming goods, Party B shall notify Party A in time
and deal with it in accordance with Party A's opinion.

2、（3）乙方未尽验收职责或交接手续不齐，造成货物损失的应负赔偿责任，赔偿金
额以双方友好协商为准。

If Party B fails to fulfill its acceptance responsibilities or the handover
procedures did not complete, it shall be liable for compensation for the loss of
goods, and the amount of compensation shall be subject to friendly negotiation
between the two parties.

3、（4）若因甲方的原因，电商第三方合作快递派送时，未选择签收业务而造成的货
物灭失，乙方本着友好协助的方式配合甲方去找第三方快递索赔，但甲方不承担责任。

If for reasons of Party A, when the third-party courier delivery of the e-commerce
does not select the sign-off service, causing the goods get lost, Party B
cooperates with Party A to find a third-party express to claim in a friendly manner,
but Party A does not assume responsibility.

第三条 货物保管条件和保管要求
Article 3 Cargo storage conditions and storage requirements



**SHAREPAC**

4、（1）乙方保证其仓库符合甲方产品存储的要求对仓库进行管理。

Party B guarantees that its warehouse meets the requirements of Party A's product storage and they can manage the the storage.

5、（2）入库商品管理需要规范化，要求堆码整齐，堆码高度统一为亚马逊标准，数量准确。甲方存放的商品要与乙方做好交接手续，乙方负责甲方货物存储区域的安全保卫。

The management of inbound commodities needs to be standardized, neat stacking is required, and the stacking height is unified to Amazon standards, and the quantity is accurate. The goods stored by Party A shall be handed over to Party B, and Party B shall be responsible for the security of Party A's cargo storage area.

## 第四条 货物出库手续

Article 4 Outbound procedures for goods

乙方以官方邮件或者系统传送的方式告知甲方出库货物的信息，其中包括：产品的品名，SKU 号码，数量，出库的贴标要求，以及送货地址，收件人等等，若信息提供不全或者错误，乙方应与甲方确认，确认无误方可出库。若因甲方信息提供错误，出库造成的货物灭失或者消费者投诉，乙方不承担责任。货物送达后，以第三方合作物流提供的送货凭证为送达标准。

Party B informs Party A of the outgoing goods information by official mail or system transmission, including: product name, SKU number, quantity, outgoing labeling requirements, and delivery address, recipient, etc., If the information is incomplete or incorrect, Party B should confirm with Party A, and only after confirming that it is correct. Party B shall not be held responsible if the information provided by Party A is wrong, the goods are lost or the consumer complains caused by leaving the warehouse. After the goods are delivered, the delivery proof provided by the third-party cooperative logistics shall take effect.

## 第五条 违约责任

Article 5 Liability for breach of contract



**SHAREPAC**

6、（1）因甲方或其他乙方不可控力因素造成货物二次倒运，所发生费用由甲方承担。

Due to the uncontrollable factors of Party B or other reasons of Party A, the goods need to be transferred by the second time, and the costs incurred shall be borne by Party A.

5、（2）在双方友好合作的情况下，乙方不得在任何时候以任何理由扣留以及变卖、转让、抵押或以其他形式变更甲方货物所有权。否则，乙方须按侵犯法律规定承担责任。

Under the circumstance of friendly cooperation between the two parties, Party B shall not detain and sell, transfer, mortgage at any time or otherwise change the ownership of Party A ' s goods for any reason. Otherwise, Party B shall be liable in accordance with the violation of the law.

6、（3）乙方应提供符合甲方要求的仓库储存甲方货物，乙方未能提供的，应承担甲方因此造成的实际损失。

Party B shall provide a warehouse that meets the requirements of Party A to store Party A's goods. If Party B fails to provide the goods, Party B shall bear the actual losses caused by Party A.

5、（4）产品入库时，因乙方未尽职验收职责，交接手续不全或处理不及时所造成的实际损失由乙方负责赔偿。

When the product arrived in the warehouse, Party B shall be responsible for compensation for the actual losses caused by Party B ' s failure to perform due diligence and acceptance, incomplete handover procedures or untimely handling.

6、（5）如乙方未按合同规定的存储条件和保管要求保管货物，造成货物灭失、短少、变质、污染、损坏的，由乙方承担相应的责任并按实际经济损失向甲方赔偿。

If Party B fails to keep the goods in accordance with the storage conditions and storage requirements stipulated in the contract, resulting in the loss, shortage, deterioration, pollution or damage of the goods, Party B shall bear the corresponding responsibilities and compensate Party A for the actual economic losses.



**SHAREPAC**

5、（6）乙方在按照甲方的要求发货时，由于乙方的责任造成货物错发、漏发或多发，由乙方承担相应的责任并赔偿相应损失，因乙方仓库管理等原因造成的二次倒运，所发生费用由乙方承担。

When Party B shipped the goods in accordance with the requirements of Party A, due to the responsibility of Party B, the goods were wrongly sent, missed or frequently sent, Party B bears the corresponding responsibility and compensates the corresponding losses. The cost shall be borne by Party B.

第六条　其他

Article 6 Others

6、（1）双方协商一致，仓库的所产生的费用以月结进行，乙方需要次月的 3 号之前提供甲方上月的仓储账单，甲方需要 5 个工作日内完成账单的核对，并于 10 号之前将费用支付到乙方指定的美国银行账户（如单），并提供乙方银行的付款水单。

Both parties agreed that the costs incurred in the warehouse will be carried out on a monthly basis. Party B needs to provide Party A's storage bills for the previous month before the 3rd of the next month. Party A needs to complete the check of the bills within 5 working days and before the 10th and Pay the fee to the U.S. bank account designated by Party B as bellow, and provide Party B's bank payment slip.

Bank Info one:
BENEFICIARY NAME: SHAREPAC INC
BENEFICIARY ADDRESS: 2555 CAMINO DEL RIO SOUTH SUITE 101
SAN DIEGO CA 92108
BENEFICIARY BANK:BANK OF AMERICA
BANK ADDRESS:1775 CAMINO DE LA REINA SAN DIEGO, CA 92108
ACCOUNT INFORMATION:
ROUTING NUMBER: 121000358
CHECKING NUMBER: 325050362017
OVERSEA PAYMENT:
ACCOUNT NO.: 325050362017
SWIFT CODE: BOFAUS3N



**SHAREPAC**

Bank Info Two:
BENEFICIARY NAME: NB FUTURE USA INC
BENEFICIARY ADDRESS: 2455 E Francis St, Ontario CA 91761
BENEFICIARY BANK:EAST WEST BANK
BANK ADDRESS:9300 Flair Drive, 4th Fl.El Monte, CA 91731
A/C : 8089008224
SWIFT CODE: EWBKUS66XXX

7、（2）由于不可抗力，致使直接影响合同的履行或者不能按约定的条件履行时，遇有不可抗力的一方，应立即将事故情况通过邮件通知对方，并应在 3 天内提供事故详情及合同不能履行或者部分不能履行或者需要延期履行的理由的有效证明文件，此项证明文件应由事故发生地区的公证机构出具并公证。按照事故对履行合同的影响程度，由双方协商是否解除合同，或者部分免除履行合同的责任，或者延期履行合同。

Due to the factor out of control, it directly affects the performance of the contract or cannot be performed according to the agreed conditions, the party that has force majeure shall immediately notify the other party of the accident by email, and shall provide the details of the accident and the failure to perform or part of the contract within 3 days Or valid proof documents for reasons for postponement of performance are required, and such proof documents should be issued and notarized by a notary in the area where the accident occurred. According to the degree of impact of the accident on the performance of the contract, the two parties negotiate whether to terminate the contract, or partly exempt the contract from performance, or postpone the contract.

7、（3）本合同有效期为 1 年，合同到期后，甲方如需继续作为乙方的代理，要提前一个月通知乙方，并重新签订代理合同，在同等条件下乙方确保甲方的优先具有代理权。

This contract is valid for 1 year. After the contract expires, if Party A needs to continue to serve as Party B's agent, it must notify Party B one month in advance and re-sign the agency contract. Under the same conditions, Party B ensures that Party A's priority has agency rights.

7、（4）争议的解决方式：因本合同的解释或执行引发的任何争议，双方应友好协商解决，协商不成的，向乙方所在地的人民法院起诉。当合同的中英文出现争端时，应



SHAREPAC

以中文为主。

Dispute resolution method: Any dispute arising from the interpretation or execution of this contract shall be settled by friendly negotiation between the two parties. If failed, both parties should go to claim at the the court of Party B. If any dispute between the English and Chinese language version, the agreement should take Chinese version for reference.

7、（4）本合同一式两份，双方各执一份，有效期自___2020___年___4__月_20___日至___2021__年__4___月__19___日。有效期一年。本合同经双方法定代表人签字并加盖公章或合同专用章后生效，文件扫描件具有同等法律效力。如经双方协议解除或不再续签合同，甲方仍有货物存储于乙方仓库，则该合同延续至甲方货物出库完毕为止，甲方按实际费用发生情况交付所有的费用，直至货物配送完毕或转仓。

This contract is made in duplicate, with each party holding one copy, valid from April 20, 2020 to April 19, 2021. Valid for one year. This contract takes effect after being signed by the legal representatives of both parties and affixed with the official seal or special seal of the contract, and the scanned documents have the same legal effect. If the contract is cancelled or not renewed by the agreement between the two parties, and Party A still has the goods stored in the warehouse of Party B, the contract will continue until Party A ' s goods are shipped out. Or transfer warehouse.

甲方:浙江宁波米仓供应链管理有限责任公司  乙方：SHAREPAC INC

Party A                                  Party B：SHAREPAC INC

住址：                                    住址：2455 E Francis St, Ontario, CA 91761

Add                                      Add

法定代表人：                              法定代表人：Billy Xu & Vinny Xu

President:                               President:

04-21-2020                              04-21-2020