# EXHIBIT B

# 仓储管理服务合同

合同编号：＿＿＿＿＿＿＿＿

甲方：浙江宁波米仓供应链管理有限责任公司

乙方：SHAREPAC INC

Sharepac, Inc.
2455 E Francis Street
Ontario, CA 91761

甲、乙双方本着自愿有偿、诚实信用的原则，依照《中华人民共和国民法典》及相关规定，经友好协商，就乙方向甲方提供美国本土仓储、管理服务等相关事宜达成如下合同，双方共同遵守。

## 第一条 乙方提供服务范围

1.1 仓储服务：

1.1.1 仓储时间：自乙方收到甲方指示接收货物之时起，至乙方按照甲方的指示将货物交付运输（或交付收货人）止。

1.1.2 货物交接：乙方接收、交付甲方指示的货物时，应按照甲方货物签收规定对货物进行检验，签收收货、入库、仓储、出库签收单据。如发现货物外包装破损或其他异常情况，乙方必须立即书面通知甲方，同时对异常货物拍照后发邮件通知甲方，并根据甲方的电子邮件指令拒收或签收货物，且在签收单据上注明异常情况。

1.1.3 仓储管理：提供甲方货物的入库、出库、存放过程的库房管理，包括但不仅限于：验收、分拣、码放、上架、装卸、货位维护管理、扫描、盘点等。货物出入库按甲方要求遵循先进先出原则。

1.1.4 检查：接受甲方的检查，甲方可以派员不定期抽查乙方的仓储条件和服务质量，甲方对乙方不符合甲方要求的仓储条件、操作流程及质量提出改进意见通知，乙方在收到通知应及时予以改正。

1.1.5 单据及报表：乙方按照甲方要求提供库房管理的日常单据及统计报表。具体以甲方确认为准。

1.2 其他服务：依据甲方需要提供条码管理、库房管理系统操作、报表统计、库存查询等服务。

1.3 安全保障：乙方确保防火、防潮、防盗等安全设施完好，采取安全措施保障甲方货物的安全。避免造成货物（含包装）破损、变形、生锈、划伤、遗失（整体或部分）、短少、被盗、受潮、霉变、水浸或其他货物的毁损等情形发生。如发生以上情况，乙方应按甲方相应货物按清关货值加物流关税价格进行赔偿。

第二条 库房位置、面积、设施情况

2.1 库房详情

2.1.1 库房名称 CA1　库房地址：2455E Francis St Ontario, CA, 91761　库房面积：4000 平方米

2.1.2 库房名称 CA2　库房地址：1700 S Soto Place Dock #1-6 Ontario, CA, 91761　库房面积：4000 平方米

2.2 乙方必须保证甲方货物存储管理的需要。

2.3 该仓库现有的设施、设备是乙方提供仓储管理服务的基本保障，依据仓储实际管理需要，乙方承诺于甲方书面提出后 30 日增加和更新库房设施、设备。

2.4 未经甲方书面确认，乙方不得变更仓库地址。如有变动，乙方必须提前 20 个工作日书面或电子邮件通知甲方新仓库的地址并取得甲方的书面确认，否则视为乙方违约，甲方有权单方解除合同，并追究乙方的违约责任。

第三条 货物所有权

3.1 甲方对于交付乙方仓储的货物始终享有完全的所有权。未经甲方书面同意，乙方及任何第三方不得对上述货物进行任何形式的处置，包括但不限于：销售、出租、抵债、赠与、抛弃、变卖、折价、抵押、质押、扣押、留置、遗弃等。

3.2 乙方不得以任何理由拒绝甲方货物出入库。

3.3 乙方因自身债务被追索时，须向有关权利人书面声明甲方对货物的无瑕疵的所有权并及时通知甲方。

第四条 费用标准及支付方式

4.1 仓储费用、快递费用及其它出入库相关库内费用结算标准：双方同意按照《2021 SHAREPAC-米仓报价表》中的费用标准执行。有效期从合同生效之日起到合同终止之日止。

1.3 安全保障：乙方确保防火、防潮、防盗等安全设施完好，采取安全措施保障甲方货物的安全。避免造成货物（含包装）破损、变形、生锈、划伤、遗失（整体或部分）、短少、被盗、受潮、霉变、水浸或其他货物的毁损等情形发生。如发生以上情况，乙方应按甲方相应货物按清关货值加物流关税价格进行赔偿。

第二条 库房位置、面积、设施情况

2.1 库房详情

2.1.1 库房名称 CA1 库房地址：2455E Francis St Ontario, CA, 91761 库房面积：4000 平方米

2.1.2 库房名称 CA2 库房地址：1700 S Soto Place Dock #1-6 Ontario, CA, 91761 库房面积：4000 平方米

2.2 乙方必须保证甲方货物存储管理的需要。

2.3 该仓库现有的设施、设备是乙方提供仓储管理服务的基本保障，依据仓储实际管理需要，乙方承诺于甲方书面提出后30日增加和更新库房设施、设备。

2.4 未经甲方书面确认，乙方不得变更仓库地址。如有变动，乙方必须提前20个工作日书面或电子邮件通知甲方新仓库的地址并取得甲方的书面确认，否则视为乙方违约，甲方有权单方解除合同，并追究乙方的违约责任。

第三条 货物所有权

3.1 甲方对于交付乙方仓储的货物始终享有完全的所有权。未经甲方书面同意，乙方及任何第三方不得对上述货物进行任何形式的处置，包括但不限于：销售、出租、抵债、赠与、抛弃、变卖、折价、抵押、质押、扣押、留置、遗弃等。

3.2 乙方不得以任何理由拒绝甲方货物出入库。

3.3 乙方因自身债务被追索时，须向有关权利人书面声明甲方对货物的无瑕疵的所有权并及时通知甲方。

第四条 费用标准及支付方式

4.1 仓储费用、快递费用及其它出入库相关库内费用结算标准：双方同意按照《2021 SHAREPAC-米仓报价表》中的费用标准执行。有效期从合同生效之日起到合同终止之日止。

4.2 费用的结算方式：甲乙双方约定每月第一天至月末最后一天为一个结账周期，乙方应在结账周期结束后的 5 个工作日以内提供完整的账单给甲方核对，甲方应在收到账单后的 5 个工作日内核对完毕，并在账目核对无误且收到乙方提供发票之后的 5 天内付款。如甲方对账单有异议，则甲方应当在收到账单之日起 5 个工作日内向乙方提出，由双方在 5 个工作日内协商解决，付款期限顺延。

4.3 以上为甲方依据本合同支付乙方的所有费用。如由于甲方提出其它的运作要求，由此产生的费用双方可友好协商解决。

4.4 结算货币：在本合同履行期间，双方之间发生的一切费用以美金结算和支付。

4.5 乙方指定的美国收款银行账户如下：

Bank Info one:
Beneficiary Name(收款人姓名): SHAREPAC INC
Beneficiary Account Number(账户号码): 7699219379
Type of Account（账户类型）: Checking Account
Beneficiary Address(收款人地址): 2455 E Francis Street Ontario, CA, 91761
Bank Swift Code(国际汇款代码): WFBIUS6S
Receiving Bank Name(银行名称): Wells Fargo Band,N.A
Receiving Bank Address(银行地址): 420 Montgomery Street San Francisco,CA 94104

第五条 资源保障

为满足甲方货物的仓储需要，乙方提供必要的库房资源，包括但不限于：

5.1 乙方组成专门的项目组负责甲方货物的仓储管理，并及时向甲方书面告知具体的项目组成员及联系方式。

5.2 库房应满足以下要求：

5.2.1 乙方仓库及办公室配有完善及符合所在国地方政府消防安全规定的消防设施；

5.2.2 乙方仓库及办公室内隔断墙体应封装到顶并安装防盗设施；

5.2.3 乙方仓库及办公室结构状况良好，库容库貌干净整洁、无漏雨、无潮湿、无鼠害、无飞鸟虫害等；

5.2.4 乙方仓库及办公室门窗完好、地面坚固平整、适于装卸及叉车作业；

5.2.5 乙方仓库及办公室照明设备齐全，通信网络完好；

5.2.6 乙方仓库具有完好的网络视频图像监控设备，实现全方位的仓库及操作区的视频监控；

5.2.7 如果仓库消防、防盗、防漏雨、防鼠害、防飞鸟虫害等设备及水管、电路出现故障，乙方应立即修复，如属于土建工程的维修，必须在15天内修复，并承担由此产生的费用。

第六条 操作流程及运作要求

6.1 入库操作

6.1.1 到货接收：甲方货物到达乙方仓库后，乙方操作人员依据行业通行的惯例和甲方具体的要求进行清点验收货物，其中包括但不限于货物名称、SKU、规格型号、颜色、数量、包装标准、外箱是否完整清洁、箱贴、外箱标志。乙方均确认无误后办理入库手续，在承运商送货单上签字盖章。乙方应当于清点验收货物完毕后3个工作日内向甲方反馈书面的收货报告。如乙方在清单验收货物时发现交付货物存在不符点的，乙方不应在承运商送货单签字或盖章，且应立即书面通知甲方、指明不符点，并按甲方书面意见及时处理。

6.1.2 入库条形码采集：乙方操作人员在办理货物入库时必须采集入库条形码，并及时提供条形码数据通过系统或电子邮件方式发送给甲方。

6.1.3 入库定置摆放：乙方操作人员办理货物入库，并依照"库别"以及不同货物仓储的具体要求，将货物移送到对应的库别储位上架存储、堆码整齐，堆码高度统一为亚马逊标准，数量准确。同时，乙方应依据先进先出原则将货品分类存放整齐，并进行专业有效的仓储管理。

6.1.4 办理入库手续：乙方操作人员开具入库单、签字盖章并发送给甲方，作为乙方确认货物入库的依据，并据此与甲方对账。（注：乙方入库单是乙方收到货物后填写的入库单据证明）

6.1.5 乙方仓库保证，除在清点验收货物时发生不符点且甲方未及时处理的特殊情形，乙方应当在法定工作日48小时之内收货上架仓储完毕。

6.1.6 乙方应确保仓储损耗、损坏、灭失等总计不超过千分之一，超出部分由乙方按货物清关货值加物流关税赔付。

6.2 出库操作

6.2.1 备货：甲方通过电子邮件或者系统向乙方下达出库备货信息，其中包括但不限于，货物名称、SKU、规格型号、数量、出库的贴标要求、送货地址、收件人、联系方式。乙方应当于收到甲方前述通知起 24 小时之内或甲方另行指定的期限内（以在先届满期限为准）完成出库备货。如乙方发现信息错误或者信息不全，应当立即与甲方进行确认，双方确认无误后方可视为完成备货。

6.2.2 发货：

（1）乙方完成出库备货的同时，还应当在甲方下达出库备货信息后 24 小时之内完成出货（交付快递物流）。乙方应确保甲方货物出入库物流畅通，物流方式包括美国本土快递和卡车等双方书面确认一致的物流渠道。

（2）乙方出货完成之后应跟踪货物配送和签收情况，并且应当及时通过电子邮件或系统通知甲方发货、运输和签收详情。

（3）乙方应确保错发、漏发等总计不超过千分之一，超出部分由乙方按货物清关货值加物流关税赔付。

第七条 甲方权利和义务

7.1 甲方的权利：

7.1.1 获得信息权：甲方有权获取并在任何时间向乙方查询货物的在途（进库和出库）、库存、货物到达（收货和送货）等详细信息。

7.1.2 检查考核权：甲方有权根据各项要求和服务标准检查乙方的各项工作和服务质量，根据考核结果确定是否与乙方继续本合同的业务合作。

7.1.3 取回权：如乙方因破产，兼并，出让，资产或信用状况恶化，司法或行政查封、扣押、停业等无法正常经营，或考核结果严重不符要求，不能提供符合甲方要求的保证时，甲方可以自行或委托他方直接从乙方取回全部货物及办公资产。乙方应保证乙方及乙方的继受人无条件对甲方行使该项权利给予配合。

7.1.4 知情权：甲方有权要求乙方对其重大债务、内部股东纠纷等可能危及甲方货物安全或本合同履行的信息在发生后 5 日内向甲方进行书面披露。

7.2 甲方的义务：

7.2.1 告知义务：甲方应根据乙方的要求如实通报货物的实际情况，如：名称、种类、数量、重量、规格、包装标准、安全性等内容。

7.2.2 付费义务：按时支付乙方本合同规定的各项费用。

7.2.3 货物合法性义务：保证提供的仓储货物不属于法律或行政法规禁止的范围，甲方不能存放易燃、易爆、有毒、有腐蚀性、有放射性的危险品和易腐易燃及鲜活货物。如甲方故意隐瞒事实真相，由此引起的后果由甲方负责全部责任。

7.2.4 甲方工作人员在库区作业时必须遵守乙方的仓库管理制度。

第八条 乙方权利和义务

8.1 乙方的权利：

8.1.1 付费请求权：按照本合同约定，要求甲方支付相关的费用。

8.1.2 获得信息权：按照本合同的约定，向甲方索取货物名称、型号、数量、性质等信息。

8.2 乙方的义务：

8.2.1 货物安全保障义务：按照本合同的约定为甲方提供仓储管理服务，确保甲方货物的安全；乙方提供完善的防火、防潮、防盗设施，负责库区和办公室区域的消防和安全保卫工作，包括采取各种安全保卫措施等，如乙方不能保证按照前述要求提供相应措施而造成甲方货物及办公人员遭受损失或伤害的，乙方应负责承担相应责任。

8.2.2 优质服务义务：严格按照甲方库房管理系统及流程的操作规程进行库房作业。根据甲方通知进行节假日及夜间提供收、发货作业。如遇特殊情况不能按流程或承诺时限提供服务的，应立即书面通知甲方，并提供备选解决方案以确保库房作业达到甲方要求。

8.2.3 严格保守甲方的商业秘密，不得以任何形式向第三方泄漏甲方的库存商品等商业信息。未经甲方允许乙方以任何形式向第三方透露甲方商业秘密的，乙方应承担给甲方造成的经济损失。

8.2.4 交付单据的义务：按照本合同的约定，乙方应当向甲方每周提供一次乙方签字盖章后的入库单、出库单，并每月提供一次该月的盘点单及甲方指定收货人的"货物签收单"等单据。

8.2.5 乙方应保证满足受甲方委托之仓库作业开展的通信、电力及运作系统和网络通信所必需的端口和容量需要，特别地，乙方应确保甲方有权享有乙方 OMS 系统

的使用权限和功能，确保双方信息公开。乙方应当提供足够的人力和物力以保证受甲方委托的仓库作业得以顺利进行。

8.2.6 乙方承诺甲方作为中国区域内独家代理合作伙伴，未经甲方书面同意，乙方不得与中国区域内其他个人、企业或组织合作任何美国海外仓业务。

8.2.7 乙方确保取得仓库合法使用权，且无任何纠纷、争议或诉讼、仲裁等妨碍乙方履行本合同的任何阻碍事项。乙方保证甲方货物在双方确认的承租区域仓储

8.2.8 乙方由于以下原因并导致甲方货物发生损失，应承担对甲方的赔偿责任（按甲方相应货物清关货值加物流关税价格赔偿）：

（1）库房发生门窗被撬、入室盗窃、工作人员监守自盗等因盗窃而产生的损失；

（2）因任何原因发生火灾，造成甲方货物损失的.

（3）由于他方原因导致火灾但乙方未能采取及时、必要的措施，造成甲方货物损失；

（4）因库房维修不及时造成的甲方货物的雨淋、水淹、霉变的损失；

（5）由于乙方人员操作不当原因造成甲方货物损坏、包装破损、包装涂污、货物变形等造成的损失；

（6）因乙方应注意而未注意，应尽之管理人之责而未尽其责，造成甲方货物损失或延伸之处理费用；

（7）甲方损失实际数额依据甲方提供的库存货物有效凭证和损毁实际情况进行计算和确定，除非乙方有证据表明甲方提供的依据不符合事实。

第九条 货物保障及保险

9.1 乙方有义务保障甲方货物的安全；因甲方货物出现任何形式的损坏或价值降低（非因甲方原因或货物市场价格变化因素），由第三方承担责任而使得乙方向第三方进行追索的，乙方负有对甲方的先行赔偿义务。

9.2 乙方应当对代甲方保管之货物投保足额的商业保险。如发生货物毁损、灭失等情形的，乙方应当自行请求保险公司予以赔付。在任何情况下，乙方均应当向甲方赔偿非因甲方造成的任何货物损失。此外，视实际情况，甲方也有权对存放在乙方仓库由乙方代为保管的货物自行购买保险；如发生货物毁损、灭失的，乙方应于货物毁损、灭失发生后 12 小时内通知甲方协商处理办法，并提供现场照片，并应在

10个工作日内提供给甲方办理运输保险索赔所需的证明资料。由于乙方原因未能按规定时间内提供，而造成的甲方损失扩大或无法进行保险索赔的，由乙方承担赔偿责任。

**第十条 商业秘密条款**

10.1 商业秘密的范围：在本合同期间，因乙方可以接触货物、甲方供应商和甲方数据库获取有关信息，包括但不限于产品型号规格数量、库存和运转周期、销售价格、特殊价格、折扣、订单、软件、源代码、技术、手册、客户、客户名单、和广告信息、第十一条约定的知识产权等，均被视为是保密信息（以下简称："保密信息"）。

10.2 乙方（及其雇员、代理人、受委托人、商业合作伙伴、代表和顾问）应始终对所有的保密信息和本合同的条款进行保密，并不得向任何第三方披露该信息，也不得在乙方履行本合同义务之外复制、转让、传播、出售、直接或间接使用保密信息。乙方应当采取必要的预防措施保证保密信息不被泄露，并通过对其雇员的规定、指示、合同或通知采取适当的行动保护保密信息。

10.3 乙方被司法机构生效的判决或政府主管部门生效的行政决定要求披露保密信息的（前提是乙方必须对上述部门声称该信息的保密性质），立刻通知甲方，在征得甲方书面同意后方可向司法、政府部门提供有限保密信息。

10.4 所有保密信息将持续是甲方所有的财产，本合同中任何部分都不得被解释为乙方有权通过许可或其他方式准予或转让保密信息中任何权利。乙方在本合同下仅获得使用保密信息的有限权利，而这种权利仅限于为了乙方履行其在本合同下义务。

10.5 应甲方要求，或在本合同期满或任何提前终止时，乙方应立刻将所有保密信息及副本，无论以何种形式或媒介：（1）归还给甲方，或（2）按照甲方的指示将其销毁。甲方应在乙方请求之日起十（10）个日历日内以书面形式向甲方证明该返还或销毁。

**第十一条 知识产权**

11.1 乙方确认甲方对自身开发系统、电子数据库系统（如有）拥有知识产权。

11.2 "甲方商标"指那些由甲方及其任何关联公司开发并使用的商标、商号、服务标记、标语、设计、显著的广告、标签、标识和其他具有行业识别特征的标志，甲方对于上述各类标志拥有所有权。

11.3 乙方不得去除、修改、删除、变造或改变甲方商标和其他知识产权。本合同有效期内，乙方可以为履行本合同义务而使用甲方商标或知识产权，但应当遵守甲方的规定和指导。

## 第十二条 违约责任

12.1 任何一方未能履行本合同的相关义务的，都应当承担违约责任。

12.2 若甲方不能按本合同的约定按时向乙方支付相关费用，每延迟一周，应按照延迟支付款额的千分之一向乙方支付违约金。甲方逾期付款超过 45 日的，乙方有权解除本合同并追究甲方的违约责任。

12.3 如乙方在库房作业过程中造成甲方货物（含包装）破损、变形、生锈、划伤、遗失（整体或部分）、短少、被盗、受潮、霉变、水浸或其他货物的毁损等情形发生的，乙方应当先行赔偿甲方的损失。因此造成甲方产生相关费用及因交货延迟、质量纠纷被客户追索和索赔的，乙方应最终承担该责任。乙方应当在发生货物毁损或客户索赔之日起 10 日内向甲方进行赔偿，否则甲方有权在应付给乙方的费用中直接进行抵扣。如各项应付费用无法弥补甲方损失的，乙方应继续负责赔偿。

12.4 如乙方擅自处分甲方货物（包括但不限于：销售、出租、抵债、赠与、抛弃、变卖、折价、抵押、质押、扣押、留置、遗弃等）的，甲方可以立即终止本合同，取回甲方交付乙方仓储的全部货物，并要求乙方按照处置货物金额双倍的赔偿。否则甲方有权在应付给乙方的费用中直接进行抵扣。如各项应付费用无法弥补甲方损失的，乙方应继续负责赔偿。

12.5 由于货物包装缺陷产生破损，乙方应及时书面通知甲方予以处理。

12.6 乙方未按操作流程提供服务，包括但不限于未依约清点验收货物，未依约入库上架，交接手续不齐，货物毁坏灭失、短少、变质、污染、损坏，未按期发货、错发、漏发或少发，或乙方在任何时候以任何理由扣留以及变卖、转让、抵押或以其他形式变更、损害、妨碍甲方货物所有权，均视为乙方违约，乙方应当赔偿实际损失，并承担相应的赔偿责任。

12.7 在符合法律规定和合同约定条件下的仓储，由于下列原因造成货物灭失、短少、变质、污染、损坏的，乙方不承担违约责任：（1）货物本身的自然属性；（2）货物的合理损耗。

## 第十三条 不可抗力

13.1 因不可抗力事件妨碍一方履行本合同时，该方应及时以电子邮件、邮寄或其它可行的方式通知另一方，并在不可抗力事件发生后 3 日内将相关的证明文件提供给甲方。

13.2 因不可抗力无法履行本合同约定的，该受影响方不承担违约责任。

13.3 因不可抗力导致一方无法履行本合同达 30 天时，另一方有权通知对方解除本合同。

13.4 本合同所述不可抗力包括：

13.4.1 自然灾害、战争、地震；

13.4.2 严重疾病在乙方仓库区域内爆发，且当地政府已经采取禁止或限制通行措施。为免歧义，"新冠疫情"不包含在内；

13.4.3 其它法律规定的事件。

13.5 如遇不可抗力事件，乙方仍应尽最大管理职责保护货物安全，否则仍应承担对甲方的赔偿责任。

13.6 本合同另有规定的除外，按照不可抗力事件对履行本合同的影响程度，由双方协商是否解除合同，或者部分免除履行合同的责任，或者延期履行合同。

第十四条 合同终止和解除

14.1 在本合同有效期内，经双方协商一致可以解除本合同。

14.2 下列情形之一出现，甲方可以单方面解除本合同，并要求乙方承担违约责任：

14.2.1 乙方及其员工、代理人披露甲方商业秘密的；

14.2.2 乙方及其员工侵犯甲方知识产权的；

14.2.3 乙方及其员工、代理人对甲方货物作出或可能作出任何降低货物价值的行为的；

14.2.4 乙方经营状况恶化，丧失商业信用，或可能破产或已经进入破产程序，或对外有巨额债务负担的；

14.2.5 乙方未履行本合同中的其他义务，经过甲方书面通知后 5 天内未予以改正的。

14.3 下列情形之一出现，乙方可以单方解除本合同，并要求甲方承担违约责任：

14.3.1 甲方未支付到期货款达 60 天，经过乙方再次通知后达 30 天仍不支付的（因乙方对甲方有应付款的除外）；

14.3.2 甲方拒不提供真实的货物等信息，造成乙方无法按照本合同规定完成仓储服务的；

14.3.3 甲方未履行本合同中的其他义务，经过乙方书面通知后 10 天内未予以改正的。

14.4 双方应在本合同解除或终止后：

14.4.1 在 45 天内结算应付对方的款项及费用，包括但不限于：违约金、赔偿金、补偿金、仓储费等，并在结算后 15 日内按结算确定的金额付清该应付款项及费用。本条款不因本合同终止或解除而失效。

14.4.2 甲方有权自行或委托第三方从乙方处取回所有的甲方货物。本条款不因本合同终止或解除而失效。

14.5 本合同到期前 60 天，双方可以书面通知对方就是否继续合作签署补充合同。

第十五条 适用法律争议的解决

15.1 本合同应按照中华人民共和国法律解释，所有与本合同有关的争议均受中国法律管辖。

15.2 凡因执行本合同或者有关合同所发生的一切争议，双方应以友好方式协商解决，如因协商不能解决，应提交宁波仲裁委仲裁解决。仲裁裁决是终局的，对双方都有约束力，仲裁费用由败诉方承担。仲裁语言为中文。

第十六条 其他

16.1 不弃权：未追究任一履行的违约不应被认为是对该特定违约追索权的放弃，亦非同意该履行违约的继续。本合同中规定的任何权利或救济不影响法律或公平赋予的其他权利或救济。

16.2 本合同一式二份，甲方持一份，乙方持一份，具有同等法律效力。
本合同附件是合同不可分割的组成部分，与合同条款具有同等效力，如与合同正文有冲突的以附件为准。

16.3 本合同经双方法定代表人签字并加盖公章或合同专用章后生效，文件扫描件具有同等法律效力。本合同有效期至 2023 年 7 月 21 日止。如经双方协议解除或不再续签合同，甲方仍有货物存储于乙方仓库，则乙方应按照甲方要求，继续履行至甲方货物出库完毕为止，甲方按实际费用发生情况支付所有的费用，直至货物配送完毕或转仓。

16.4 本合同未尽事宜，双方协商一致后可以签订补充合同，补充合同与本合同具有同等法律效力。

16.5 双方之间的一切通知可经专人递送、快递或电子邮件发送至下列所列地址。经快递发送，付邮（即加盖邮戳）后第 10 日为送达日；经电子邮件或传真传送，发后的第 1 个工作日为送达日。前述通知方式可作为争议解决（协商或仲裁）时的各方有效送达地址。

| | |
|---|---|
| 甲方 | 浙江宁波米仓供应链管理有限责任公司 |
| 联系人： | 施建芳 |
| 联系电话： | |
| 电子邮箱： | |
| 收件地址： | 浙江省宁波市鄞州区中山东路 2388 号东部银泰大厦 2105 室 |
| 乙方 | SHAREPAC INC |
| 联系人： | Billy Xu & Vinny Xu & 刘旭 |
| 联系电话： | （626）8391971 |
| 传真： | （855）6840597 |
| 电子邮箱： | |
| 收件地址： | 2455 E Francis St, Ontario, CA 91761 |

16.6 本合同、附件中的"甲方"，根据不同的情况，可以专指甲方，也可以指甲方及其关联公司。该区分的解释权在甲方。但本合同的责任主体为在合同上盖章的公司。

第 12 页 共 13 页

本合同签订地：<u>宁波市鄞州区</u>

签署时间：2021 年 4 月 20 日

（以下无正文，为《仓储管理服务合同》签署内容）

甲方：<u>浙江宁波米仓供应链管理有限责任公司</u>（盖章）

法定代表人（签字）：

乙方：SHAREPAC INC（盖章）

法定代表人（签字）：

Sharepac, Inc.
2455 E Francis Street
Ontario, CA 91761

第 13 页 共 13 页