UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00163-SVW-KK | Date | April 14, 2023 |
|---|---|---|---|
| Title | Zhejiang Ningbo M and C Supply Chain Management Co., LTD. v. Sharepac, Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court, on March 22, 2023, issued an order that plaintiff promptly serve Defendant within 14 days.

To date, plaintiff has failed to comply.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |